UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BIG PICTURE LOANS, LLC,**

  Appellant,

v.                                 **No. 4:24-cv-00759-P**

**EVENTIDE CREDIT ACQUISITIONS, LLC,**

  Appellee.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Parties' Joint Stipulation of Dismissal (ECF No. 7), this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **6th day of November 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE